FILED

2016 NOV 15 PM 2:12

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2016 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 16-**CR16-0770** |
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. §§ 2261A(2)(B) and 2261(b)(5): Stalking] |
| ANAIT KHUDAGULYAN, aka "Barbara Schmidt," aka "Anna Rose," aka "Jordan Rose," aka "Cindy S.," | |
| Defendant. | |

The Grand Jury charges:

COUNTS ONE AND TWO

[18 U.S.C. §§ 2261A(2)(B), 2261(b)(5)]

A.  USE OF INTERSTATE COMMERCE FACILITY TO ENGAGE IN THREATENING COURSE OF CONDUCT

1. Beginning on or about April 15, 2016, and continuing to on or about October 25, 2016, in Los Angeles County, within the Central District of California, and elsewhere, defendant ANAIT KHUDAGULYAN, also known as ("aka") "Barbara Schmidt," aka "Anna Rose," aka "Jordan Rose," aka "Cindy S." ("KHUDAGULYAN"), with the intent to harass and

intimidate the following persons, used facilities of interstate commerce, including cellular telephone networks, electronic mail ("email"), text messages, interstate wires, and the Internet, to engage in a course of conduct, described in paragraph 2 below, that caused, attempted to cause, and would have been reasonably expected to cause, substantial emotional distress to those persons and their immediate family members:

| COUNT: | VICTIM: |
|---|---|
| ONE | S.J. |
| TWO | J.J. |

B. DESCRIPTION OF COURSE OF CONDUCT

2. Defendant KHUDAGULYAN's course of conduct included, among other things, the following:

    a. Between on or about April 15, 2016 and October 25, 2016, defendant KHUDAGULYAN, using cellular telephone networks, email, text messages, interstate wires, and the Internet, researched S.J., J.J., and their two young daughters, and contacted and attempted to contact S.J. and J.J.'s friends, associates, professional affiliates, and former professional affiliates. Defendant KHUDAGULYAN's contacts and attempted contacts included:

        i. On or about April 15, 2016, defendant KHUDAGULYAN left two voicemails on the office telephone of California Franchise Tax Board Special Agent ("SA") Barbara Wynn ("Wynn"), a former professional associate of S.J., asking for information about S.J. Defendant KHUDAGULYAN did not identify herself on the voicemails.

        ii. On or about April 16, 2016, defendant KHUDAGULYAN called and spoke to SA Wynn twice, asking about S.J. Defendant KHUDAGULYAN did not identify herself on the telephone calls.

       iii. On or about June 11, 2016, defendant KHUDAGULYAN generated from the Internet and printed "BeenVerified" background check documents in S.J. and J.J.'s names.

       iv. On or about July 22, 2016, defendant KHUDAGULYAN left a voicemail for the priest at S.J. and J.J.'s church, asking about S.J. and J.J. In the voicemail, defendant KHUDAGULYAN identified herself as "Ana."

       v. On or about July 22, 2016, defendant KHUDAGULYAN left a voicemail for a secretary at S.J. and J.J.'s church, asking about S.J. and J.J. and saying that S.J. and J.J. "come to church and pretend like they're good people" but "have very dark demonic secrets." In the voicemail, defendant KHUDAGULYAN identified herself as "Ana."

       vi. On or about July 25, 2016, defendant KHUDAGULYAN left a voicemail for one of J.J.'s friends, asking about S.J. and J.J. In the voicemail, defendant KHUDAGULYAN identified herself as "Ana."

       vii. On or about August 1, 2016, defendant KHUDAGULYAN used the program GuerrilaMail.com to generate an anonymous email address from which she sent an unsolicited email to J.J.'s brother. The email read: "My name is Barbara Schmidt, your name is so familiar, are you by chance related to [J.J.]. I went to school with her and lost touch after graduation."

       viii. On or about August 18, 2016, defendant KHUDAGULYAN, using the alias "Anna Rose," contacted one of J.J.'s friends on Facebook and requested access to a photo in which one of S.J. and J.J.'s daughters was pictured. Several weeks earlier,

defendant KHUDAGULYAN, using the alias "Jordan Rose," made the same request.

    b. By researching S.J. and J.J. online and by contacting their friends, associates, professional affiliates, and former professional affiliates, defendant KHUDAGULYAN obtained S.J. and J.J.'s personal information, including their home address in Iowa, J.J.'s personal email address, S.J.'s work-issued cellular telephone number, and the name, address, and telephone number for the school and church that S.J., J.J., and their two young daughters attend.

    c. Between on or about June 27, 2016 and July 1, 2016, defendant KHUDAGULYAN called businesses near S.J. and J.J.'s home, pretended to be J.J., provided S.J.'s work cellular telephone number, provided S.J.'s former work desk number, and/or gave out S.J. and J.J.'s home address in order to fraudulently solicit professional services that S.J. and J.J. did not want or request, including real estate brokers, divorce attorneys, and bankruptcy attorneys. Among other things, as a result of defendant KHUDAGULYAN's telephone calls:

    i. A real estate broker arrived at S.J. and J.J.'s home and approached J.J. in her yard, believing that he had just spoken to her on the telephone and that she was interested in selling her house.

    ii. Multiple realtors called S.J.'s former work desk telephone, believing that he was interested in selling his house.

    iii. Multiple divorce and bankruptcy attorneys called S.J.'s work cellular telephone, believing that he was interested in their services.

    iv. J.J. contacted her credit card companies and requested fraud protection because she believed that her identity might have been stolen.

  d. On or about June 29, 2016 and on or about July 26, 2016, defendant KHUDAGULYAN, pretending to be J.J., made telephone calls to the water utility company that services S.J. and J.J.'s home.  In the first telephone call, defendant KHUDAGULYAN requested that the water service in S.J.'s name be removed.  In the second telephone call, defendant KHUDAGULYAN asked whether the company had the correct mailing address and whether there was another address for S.J. and J.J. in the system.

  e. Between on or about July 10, 2016 and July 11, 2016, defendant KHUDAGULYAN, using various telephone numbers and not identifying herself, sent text messages to S.J.'s work cellular telephone, including:

    i. "I love you."

    ii. "You know who this is."

    iii. "I miss you so much.  I think of you everyday. I have been waiting for you so many years. I want to see you."

    iv. "Im sorry that I've been mean.  That*s not who I am.  But I've lost everything and I dont want to loose you.  I want you to give me a chance, you mean so much to me.  I want you to trust me."

  f. Between on or about July 28, 2016 and August 5, 2016, defendant KHUDAGULYAN used the program GuerrilaMail.com to generate anonymous email addresses from which she sent unsolicited emails to J.J.'s email account, including:

        i.    An email on July 28, 2016 that asked if S.J. (1) kept J.J. "under his control" and "micromanage[d]" her life, "like he does to his other women," and (2) "put on his Oscar Winning performance and pretend he's a descent guy, meanwhile he flirts with so many women and acts like a MENWHORE." The email also said: "I don't think you have ENOUGH SELF ESTEEM to realize the truth and see how he acts when he's not around you."

        ii.    An email on July 28, 2016 that asked "ARE YOU mentally weak? Can you do anything in life BY YOURSELF? . . . "[W]ill you have a mental breakdown [i]f you weren't around anybody? [C]an you survive in ISOLAITON?"

        iii.    An email on August 1, 2016 that said: "REFILL YOUR PSYCH MEDICATIONS."

        iv.    An email on August 5, 2016 that said: "YOU LIVE IN YOUR HAPPY FANTASY WORLD, NOT THINKING WHAT YOUR HUSBAND DOES WITH OTHERS .,. YOU HAVE NO SELF ESTEEM."

        v.    An email on August 5, 2016 with the subject line: "**UR MOTHER IS DEAD**" and content that read: "THANK YOU JESUS, IT'S ABOUT TIME."

        vi.    An email on August 5, 2016 with the subject line: "**[J.J.] YOUR MOTHER DIED TODAY**" and content that read: "HAPPY HOLIDAYS."

        g.    On or about August 18, 2016, defendant KHUDAGULYAN, using the alias "Cindy S.," set up a fictitious Yelp.com webpage for the school that S.J. and J.J.'s two young daughters attend. On the fictitious webpage, defendant KHUDAGULYAN posted multiple photos of S.J. and J.J.'s family, including photos of S.J., J.J. and her friends, J.J. volunteering at her children's school, one of their

daughters and her dance class, J.J.'s brother and his wife, and S.J.'s ex-wife and her child. Defendant KHUDAGULYAN also posted an image of a piece of paper with SA Wynn's personal email address and a caption that listed S.J.'s name and the town he lives in and stated that he "hides dark secrets."

  h. On or about October 25, 2016, defendant KHUDAGULYAN had in her possession a cellular telephone in which the screensaver was a photograph of S.J., a notebook in which she had written S.J.'s name and address, property tax records for S.J. and J.J.'s house, other notebooks with what appeared to be passwords and passcodes with S.J.'s first name, and "BeenVerified" background check documents in S.J. and J.J.'s names.

            A TRUE BILL

            /S/
           Foreperson

EILEEN M. DECKER
United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

ROBYN K. BACON
Assistant United States Attorney
Deputy Chief, General Crimes Section

BRAM M. ALDEN
Assistant United States Attorney
General Crimes Section